

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SUNCHON YU, | § | No. 08-20-00098-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| SUN JOO KOO AND BONG KOO, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2019DCV4130) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in part of the judgment. We find Appellees' claims for defamation and IIED based upon or in response to statements made regarding the alleged sexual assault, statements made to law enforcement, statements made in or concerning proceedings with the Texas Work Force Commission are subject to the TCPA. Likewise, Appellees' claims for unjust enrichment and conversion are also subject to the TCPA.

We therefore reverse that part of the judgment of the court below and render judgment as follows: the claims for defamation and IIED are dismissed, to the extent based on or in response to statements made regarding the alleged assault or report of it to law enforcement, and statements made concerning proceedings with the Texas Workforce Commission.

Further, the claims for conversion and unjust enrichment are dismissed.

The remainder of the judgment is remanded to the trial court for further proceedings consistent with the opinion of this Court. We further order Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.